### 11259.   BARBER *v*. THE STATE.

BLOODWORTH, J. "In this case the motion for a new trial contained only the usual general grounds. There was some slight evidence authorizing the verdict; and the verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere. When the verdict is apparently decidedly against the weight of the evidence, the trial judge has a wide discretion as to granting or refusing a new trial; but when there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State*, 21 *Ga. App.* 510 (94 S. E. 618), and cit. See also *Smith* v. *State*, 91 *Ga.* 188 (17 S. E. 68).

> *Judgment affirmed. Broyles, C. J., and Luke J., concur.*
> DECIDED APRIL 14, 1920.

Indictment for larceny from house; from Monroe superior court — Judge Searcy. January 10, 1920.

*Hubert F. Rawls, Walter J. Grace,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.